# ARRAIGNMENT/DETENTION/PLEA/SENTENCING MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)

| CR 25-1525 DLM | UNITED STATES vs. ALVA-ANGELES |
|---|---|

**Before The Honorable Damian L. Martínez, United States Magistrate Judge**

| Hearing Date: | 5/21/2025 | Time In and Out: | 10:47-11:10; 11:25-11:28 AM (3 MIN) |
|---|---|---|---|
| Clerk: | B. WILSON | Digital Recording: | LC-Sierra Blanca |
| Defendant: | BRAYAN GLADIMIR ALVA-ANGELES | Defendant's Counsel: | CARLOS RUVALCABA |
| AUSA: | JACKSON DERING | Interpreter: | R. ALBIN |

☐ Sworn
☐ Waived

☒ Defendant Sworn
☐ First Appearance
☐ Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect.
☒ Deft acknowledges receipt of: **Information**
☐ If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right.
☐ Terms and conditions of proposed plea agreement explained.
☐ Defendant indicates understanding of its terms.
☒ Factual predicate to sustain the plea provided.
☒ Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea.
☒ Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures).
☒ Deft questioned re time to consult with attorney and if satisfied with his or her representation.
☒ Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges).
☒ Deft pleads GUILTY to: **COUNT 1 OF THE INFORMATION**

Defendant enters a Not Guilty plea as to **COUNTS 2, 3 OF THE INFORMATION**

☒ Allocution by Deft on elements of charge(s).
☒ Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted.
☒ Deft adjudged guilty.
☐ Acceptance of plea agreement deferred until final disposition hearing by district judge.
☒ Sentencing Imposed: **TIME SERVED (COUNT 1), SPA WAIVED, APPEAL RIGHTS**
☒ Defendant in custody      ☒ Conditions set: O/R BOND

Other Matters: DETENTION HEARING AS TO COUNTS 2 AND 3 OF INFORMATION – GOVERNMENT SEEKS DETENTION ON REMAINING COUNTS AND OPPOSES SETTING CONDITIONS OF RELEASE. COURT WILL RELEASE DEFENDANT ON O/R BOND ON REMAINING CHARGES.