IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.       Case No.   CR 25-1525 DLM

BRAYAN GLADIMIR ALVA-ANGELES,

    Defendant.

## ORDER OF RELEASE

**THIS MATTER** came before the Court for a Detention Hearing on May 20, 2025. The Court, having heard from all the parties, and being fully advised, FINDS, that Defendant can be released on his own recognizance immediately.

    **IT IS SO ORDERED.**

_____
**DAMIAN L. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**